United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40531
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO ALANIS-GONZALES, also known as Adrian Mungia,

Defendant-Appellee.

--------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:98-CR-645-ALL

--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, appointed to represent Sergio Alanis-Gonzales (Alanis) on appeal has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Alanis has not responded to counsel's motion.

Our independent review of the brief, the supplemental letter brief, and the record discloses no nonfrivolous issue in this appeal. Accordingly, the motion for leave to withdraw is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.